108 F.3d 1373
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Ralph SINGLETARY, Petitioner-Appellant,
v.
Ronald JONES, Respondent-Appellee.
 No. 96-7623.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 13, 1997.
Decided March 19, 1997.
 
 Ralph Singletary, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, NC, for Appellee.
 Before HALL, ERVIN, and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, although we grant a certificate of appealability and modify the district court's order to reflect that the action was dismissed without prejudice, we affirm the order as modified on the reasoning of the district court. Singletary v. Jones, No. CA-96-550-H (E.D.N.C. Oct. 15, 1996). We deny Appellant's motions for appointment and assigning of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED AS MODIFIED